THOMAS J. ARNOLD, RESPONDENT, v. HAMILTON INVEST-
MENT CO., INC., ET AL., APPELLANTS.

Submitted October 27, 1944—Decided January 4, 1945.

For the respondent, *Aaron Heller.*

For the appellants, *A. Leon Kohlreiter.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, PERSKIE, PORTER, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 12.

*For reversal*—None.

LOUIS CAPORASO, APPELLANT, v. EGIDIO DURANTE, RESPONDENT.

Argued October 20, 1944—Decided January 4, 1945.

For the appellant, *George F. Losche.*

For the respondent, *Abraham P. Bab.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, PERSKIE, PORTER, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 12.

*For reversal*—None.

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. CHARLES A. BARTS, PLAINTIFF IN ERROR.

Argued October 17, 1944—Decided January 4, 1945.

For the defendant in error, *William A. Wachenfeld.*

For the plaintiff in error, *Isidor Kalisch* and *Oliver Randolph.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, BODINE, PORTER, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 10.

*For reversal*—COLIE, J. 1.